UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ALBERT QUEBEDEAUX | CIVIL DOCKET NO. 6:21-CV-04337 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, ET AL | MAGISTRATE JUDGE PATRICK J. HANNA |

### J U D G M E N T

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 22] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is REMANDED to the 27th Judicial District Court, St. Landry Parish, Louisiana;

IT IS FURTHER ORDERED that the Plaintiff's MOTION TO REMAND [Doc. 8] is DENIED AS MOOT;

IT IS FURTHER ORDERED that Defendant, Cory Pekarek's MOTION TO DISMISS FOR LACK OF INSUFFICIENT SERVICE OF PROCESS [Doc. 11] is DENIED AS MOOT, consistent with the Report and Recommendation.

THUS, DONE AND SIGNED in Chambers on this 22nd day of March 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE